NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON MATTHEW BRADLEY,
DOC# 539841,

         Appellant,

v.

STATE OF FLORIDA,

         Appellee.

         )
         )
         )
         )
         )
         )
         )
         )
         )
         )
         )

Case No. 2D18-2450

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Jason Matthew Bradley, Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Assistant Attorney
General, Tampa, for Appellee.

PER CURIAM.

         Affirmed.

SILBERMAN, LUCAS, AND SALARIO, JJ., Concur.